1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON EHRLINSPIEL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2743
   Facsimile:  (916) 554-2900
5
   Attorneys for Defendant,
6  UNITED STATES OF AMERICA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 DOCTORS MEDICAL CENTER OF       )   No. 1:09-cv-01847 LJO-GSA
   MODESTO, INC.,                  )
12                                 )   **STIPULATION AND ORDER TO**
                    Plaintiff,     )   **EXTEND TIME TO REPLY TO**
13                                 )   **COMPLAINT**
                v.                 )
14                                 )
   UNITED STATES OF AMERICA,       )
15 GOLDEN VALLEY HEALTH CENTERS,   )
   WILLIAM STALLONE, M.D. *and* Does 1 )
16 Through 50 Inclusive,           )
                                   )
17                  Defendants.    )
                                   )
18

19

20      Plaintiff Doctors Medical Center of Modesto, Inc., through their counsel of record, and

21 Defendant United States of America, through its counsel of record, hereby stipulate and agree

22 that the United States Response to the Complaint currently due on December 21, 2009 be

23 extended to January 21, 2010.

24                              Respectfully submitted,

25                              BENJAMIN B. WAGNER
                                United States Attorney
26

27

28

STIPULATION OF
EXTENSION OF TIME                       1

| | | | |
|---|---|---|---|
| 1 | Dated: December 15, 2009 | By: | */s/ Jason Ehrlinspiel* <br> JASON EHRLINSPIEL <br> Assistant U.S. Attorney |
| 2 | | | |
| 3 | | | Attorneys for Defendant, <br> United States of America |
| 4 | | | |

Dated: December 15, 2009        */s/ Daniela Patricia Stoutenburg*
                                DANIELA PATRICIA STOUTENBURG

                                Dummit, Buchholz & Trapp

                                Attorneys for Plaintiff,
                                Doctors Medical Center of Modesto, Inc.

IT IS SO ORDERED.

Dated:   **December 16, 2009**                **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION OF
EXTENSION OF TIME                    2