BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2743
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., <br><br>          Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>          Defendant. | Case No. 1:09-cv-01847 LJO SKO <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between Plaintiff DOCTOR'S MEDICAL CENTER OF MODESTO, INC. ("DMC"), Nanci Hinojosa, individually and as Next Friend of Miguel Peralta and the UNITED STATES OF AMERICA (with DMC and Hinojosa, "the parties") as follows:

1. The parties hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the alleged acts or omissions that gave rise to the above-captioned action, including but not limited to any and

all claims arising out of any medical treatment Miguel Peralta received from Golden Valley Health Center, William Stallone, M.D. or other United States' facility under the terms and conditions set forth in this Stipulation.

2. The United States agrees to pay the sum of Twenty-Five Thousand Dollars ($25,000.00) to Nanci Hinojosa, individually and as Next Friend of Miguel Peralta, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature against the United States, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, indemnity, contribution, loss of consortium, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this action, including any claims for indemnity, contribution, wrongful death, including but not limited to any and all claims arising out of any medical treatment rendered to Miguel Peralta from Golden Valley Health Center, William Stallone, M.D. and any United States' medical facility which Miguel Peralta or his guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States, its agents, servants, and employees.

3. Doctor's Medical Center and any parent, subsidiary, division, member, affiliated entities, or assigns, insurer and any person or entity acting on behalf of any of the foregoing hereby agree that payment set forth in Paragraph 2 is full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for indemnity, contribution, wrongful death, arising from, and by reason of, any and all known and unknown, foreseen and unforeseen bodily and personal injuries, professional negligence, indemnification, contribution, loss of consortium, damage to property and the consequences thereof, including but not limited to

Stipulation and [Proposed] Order
of Dismissal with Prejudice

any and all claims arising out of any medical treatment rendered to Miguel Peralta from Golden Valley Health Center, William Stallone, M.D. and any United States' medical facility, which Doctor's Medical Center may have or hereafter acquire against the United States, its agents, servants, and employees on account of the subject matter that gave rise to this action, including but not limited to any and all claims arising out of any medical treatment rendered to Miguel Peralta from Golden Valley Health Center, William Stallone, M.D. and any United States' medical facility, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages.  Doctor's Medical Center and any parent, subsidiary, division, member, affiliated entities, or assigns, insurer and any person or entity acting on behalf of any of the foregoing further agree to reimburse, indemnify and hold harmless the United States and its agents, servants and employees from and against any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of the specific claims set forth in this action.

Peralta and his guardians, heirs, executors, administrators, or assigns agree that the payment set forth in Paragraph 2 is full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for professional negligence, indemnity, contribution, claims received by purported assignment, wrongful death, arising from, and by reason of, any and all known and unknown, foreseen and unforeseen bodily and personal injuries, loss of consortium, damage to property and the consequences thereof, including but not limited to any and all claims arising out of any medical treatment rendered to Miguel Peralta from Golden Valley Health Center, William Stallone, M.D. and any United States' medical facility, which

Stipulation and [Proposed] Order
of Dismissal with Prejudice

Peralta may have or hereafter acquire against the United States, its agents, servants, and employees on account of the subject matter that gave rise to this action, including but not limited to any and all claims arising out of any medical treatment rendered to Miguel Peralta from Golden Valley Health Center, William Stallone, M.D. and any United States' medical facility, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages.  Nanci Hinojosa, individually and as Next Friend of Miguel Peralta and his guardians, heirs, executors, administrators, or assigns further agree to reimburse, indemnify and hold harmless the United States and its agents, servants and employees from and against any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims arising from the subject matter of this action, including but not limited to any and all claims arising out of any medical treatment rendered to Miguel Peralta from Golden Valley Health Center, William Stallone, M.D. and any United States' medical facility.

    4.  Doctor's Medical Center and Nanci Hinojosa, individually and as Next Friend of Miguel Peralta warrant and represent that they intend that this Stipulation shall release all existing and future claims against the United States and its agents, servants and employees arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action, including claims that are unknown and unforeseen, including but not limited to any and all claims arising out of any medical treatment rendered to Miguel Peralta from Golden Valley Health Center, William Stallone, M.D. and any United States' medical facility, notwithstanding Section 1542 of the Civil Code of the State of California, which provides as follows:

    A general release does not extend to claims which the creditor

Stipulation and [Proposed] Order
of Dismissal with Prejudice

does not know or suspect to exist in his favor at the time of executing [this] Release, which if known by him must have materially affected his settlement with the debtor.

5. This Stipulation is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States or its agents, servants, or employees, and it is specifically denied that they are liable to Doctor's Medical Center. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

6. The parties agree that they will each bear their own costs, fees, and expenses; that any attorney's fees owed by Nanci Hinojosa, individually and as Next Friend of Miguel Peralta or Doctor's Medical Center will be paid by them respectively and not in addition the amount listed in paragraph 2; and that all outstanding or future bills and liens will be the sole responsibility of Doctor's Medical Center or Nanci Hinojosa, individually and as Next Friend of Miguel Peralta.

7. Payment of the settlement amount from the UNITED STATES will be made by check drawn on the Treasury of the United States for Twenty Five Thousand Dollars ($25,000.00) and made payable to "The Keane Law Firm, P.C., Nanci Hinojosa, individually, and Nanci Hinojosa as Next Friend of Miguel Peralta." The law firm's taxpayer ID number is XX-XXX6017.

8. The parties agree to execute and deliver such other and further documents as may be required to carry out the terms of this Agreement.

9. Each person signing this Stipulation warrants and represents that he or she possesses full authority to bind the person[s] on whose behalf he or she is signing to the

Stipulation and [Proposed] Order
of Dismissal with Prejudice

terms of the Stipulation.

10. Each person signing this Stipulation warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals.  This Stipulation may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to be charged.  All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

11. Each person executing this Stipulation represents that he or she has read and understands its contents; that he or she executes this Stipulation voluntarily; that he or she has not been influenced by any person acting on behalf of any party.

12. The above-captioned action is hereby DISMISSED WITH PREJUDICE to the extent of Doctor's Medical Center's claims against the United States and, upon approval by the Court as provided below, the Clerk of the Court is requested to enter this dismissal and release in the official docket.

13. Notwithstanding the entry of a dismissal herein, the parties hereby stipulate that Hon. Lawrence J. O'Neill, District Judge, shall retain jurisdiction to enforce the terms of this compromise settlement.

IT IS SO STIPULATED.

| | |
|---|---|
| (see signature page attached)<br>Doctor's Medical Center | */s/ Nanci Hinojosa* (signature page attached)<br>Nanci Hinojosa<br>Individually and as Next Friend of Miguel Peralta |

Title: Sr. Lit. Spec.

Stipulation and [Proposed] Order
of Dismissal with Prejudice

DATED: July 25, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                            By:   /s/ Jason Ehrlinspiel
                                  JASON EHRLINSPIEL
                                  Assistant United States Attorney

                                  Attorneys for the United States of America


DATED: September 29, 2011               DUMMIT, BUCHHOLZ & TRAPP

                            By:   /s/ Daniela Stoutenberg (signature page attached)
                                  DANIELA STOUTENBERG

                                  Attorneys for Doctor's Medical Center


DATED: September__, 2011                THE KEANE LAW FIRM

                            By:   /s/ Christopher J. Keane (signature page attached)
                                  CHRISTOPHER J. KEANE

                                  Attorneys for Nanci Hinojosa, individually, and
                                  Nanci Hinojosa as Next Friend of Miguel Peralta


## ORDER OF DISMISSAL


IT IS HEREBY ORDERED THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and for good cause showing, this case is DISMISSED WITH PREJUDICE. Each party shall bear their own costs and fees.  The clerk of the Court shall close the file.


IT IS SO ORDERED.

   Dated:   **October 20, 2011**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE


Stipulation and [Proposed] Order
of Dismissal with Prejudice